UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IZEALL CISCO,<br><br>    Plaintiff,<br><br>v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No.: 2:24-cv-05327-CCC-JSA |

**DEFENDANT NCB MANAGEMENT SERVICES, INC.'S
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

  Defendant, NCB Management Services, Inc., through counsel and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

  1. Fed. R. Civ. P. 7.1(a)(1) provides: "A nongovernmental corporate party or a nongovernmental corporation that seeks to intervene must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation."

  2. NCB Management Services, Inc. is a privately held corporation. No publicly held corporation owns 10% or more of its stock.

Dated: July 19, 2024      Respectfully submitted,

              /s/Aaron R. Easley_____
              Aaron R. Easley, Esq.
              Sessions Fishman Nathan & Israel
              3 Cross Creek Drive
              Flemington, NJ 08822
              Telephone: (908) 237-1660

        Facsimile:  (908) 237-1663
        Email: aeasley@sessions.legal
        *Attorneys for Defendant,*
        *NCB Management Services, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 19, 2024 a copy of the foregoing Answer was filed electronically and served via ECF upon the following: Notice of this filing will be sent to the parties by operation of the court's electronic filing system,

        /s/Aaron R. Easley___
        Aaron R. Easley, Esq.