UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IZEALL CISCO** </br>        **Plaintiff,** </br> </br> v. </br> </br> **NCB MANAGEMENT SERVICES, INC.** </br>        **Defendant.** | ) </br> ) </br> ) </br> ) </br> ) Case No. 2:24-cv-05327-CCC-JSA </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notifies the Court that the parties, in a spirit of collaboration, have agreed in principle to settle the above-captioned matter. Counsel for the parties is finalizing a Settlement Agreement and Stipulated Dismissal ("Agreement"). The parties intend to file the Agreement as soon as practicable, but they respectfully request that they be given 30 days to do so.

Plaintiff is filing this Notice with Defendant's approval and permission.

Respectfully submitted:

/s/ Elliot M. Elo
Elliot M. Elo, Esq. PLLC
42 West 48th Street
2nd Floor
New York, NY, 10036
(212) 302-1257 (telephone)
ElliotEloEsq@aol.com (email)
ATTORNEY FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I certify that on the 29th day of July 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF system for filing and transmitting Notice and Electronic Filing to all counsel of record.

                                                   /s/ Elliot M. Elo
                                                      Elliot M. Elo, Esq.